

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2020

No. 04-20-00043-CV

Krystal **LOPEZ**,
Appellant

v.

Randall P. **KIRK**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-04061
Honorable David A. Canales, Judge Presiding

# O R D E R

The clerk's record was filed in this appeal on April 15, 2020. The clerk's record contains the appellant's notices of appeal stating her intention to appeal: (1) an order granting the appellee's motion for summary judgment which she states was "made" on December 27, 2019; and (2) an order denying appellant's motion for leave to add an additional party which was signed on January 21, 2020. Although the clerk's record contains judge's notes documenting the trial court's ruling on the motion for summary judgment, the clerk's record does not contain an order granting the summary judgment. *See In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804585, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (mem. op.) (stating judge's notes do not constitute a final, appealable order).

In response to this court's inquiry, the trial court clerk confirmed the trial court has not signed an order granting the summary judgment. "[A]n appeal may be prosecuted only from a final judgment." *N.E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). In the absence of an order granting the summary judgment, the order denying appellant's motion to add an additional party is not a final, appealable order.

It is therefore ORDERED that appellant show cause in writing within fifteen days of the date of this order why this appeal should not be dismissed for lack of jurisdiction.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2020.



_____
Michael A. Cruz,
Clerk of Court